# AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Juan E. Batista, Customs & Border Protection Enforcement Officer, duly swear that the following statement is true and correct to the best of my knowledge and belief and is based on information personally known to me and provided by Customs & Border Protection Officers, Ricardo Machado & Carlos Rosa.

1. That I am a U.S. Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico.

2. That on or about July 09, 2011 at the Luis Muñoz Marín International Airport in Carolina, Puerto Rico, Mr. Joel Tavarez Castro, a citizen of Dominican Republic, was found in the United States attempting to board JetBlue flight number 738, bound to the city of Orlando, FL.

3. That during the inspection conducted by the Customs and Border Protection Officers, Mr. Mr. Joel Tavarez Castro claimed to be Mr. Jorge Roman Morales, a United States Citizen born in Puerto Rico, and presented a Puerto Rico drivers license number XXXX735 as proof of identity.

4. That Mr. Joel Tavarez Castro claimed to be the rightful owner of the driver's license, containing his photo and issued under the name of Jorge Roman Morales.

5. That during the inspection process, Mr. Joel Tavarez Castro was referred for a more thorough interview and a closer examination of the documents that he presented, due to the fact that the documents appeared to be not genuine and his inconsistent answers.

6. That the alien was also in possession of a Social Security card with numbers ending in XXX-XX-0793 that was also issued under the name of Jorge Roman Morales.

7. That Mr. Joel Tavarez Castro was read his "MIRANDA" rights and decided to waive his right to remain silent and to speak to an attorney before answering any questions from the Customs & Border Protection Officers. After this, Mr. Joel Tavarez Castro was placed under oath and stated that his true name is Mr. Mr. Joel Tavarez Castro a national and citizen of the Dominican Republic.

8. That further questioning revealed that Mr. Joel Tavarez Castro obtained the documents from a person named "ALEX" in Puerto Nuevo, PR and stated that his motive to travel was to live and seek employment in the United States.

9. That further inspection using the Dominican Republic "CEDULA" it was confirmed his true identity as Mr. Joel Tavarez Castro, a citizen and national of the Dominican Republic.

10. That Mr. Joel Tavarez Castro is a citizen and national of the Dominican Republic and is an illegal alien with no authorization of legal status to be present in the United States.

11. That since this affidavit is submitted only for the purpose of securing a limited a criminal complaint; I have not set each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient in establishing probable cause for the complaint.

12. That Mr. Joel Tavarez Castro was found in the United States in violation of 18 USC 1546 (a).

Juan E. Batista
CBP Enforcement Officer

**SUBSCRIBED AND SWORN TO AND BEFORE ME THIS 11th DAY OF JULY 2011**

**Marcos E. López**
US Magistrate Judge
District of Puerto Rico
San Juan, Puerto Rico