UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA, Plaintiff,**<br><br>v.<br><br>**JOEL TAVARES-CASTRO, Defendant** | **CRIM. NO. 11-278(FAB)** |

### INFORMATIVE MOTION (NOTIFYING DISCOVERY)

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorney, and very respectfully informs the Court and parties as follows:

1. The first discovery package for the above-mentioned defendant is available for pick up at the U.S. Attorney's Office.

2. In order to facilitate the process, the United States requests that counsel pick up the discovery on **Tuesdays and Thursdays from 9:00am to 12:00pm and from 1:00pm to 5:00pm** to provide the same when our office has the resources to distribute the discovery in a quick and timely manner.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing.

RESPECTFULLY SUBMITTED.

ROSA EMILIA RODRIGUEZ-VELEZ<br>
United States Attorney

15 July 2011                                    s/            Russell E. Booker III
Date                                                              Russell E. Booker III G01008
                                                                        Special Assistant U.S. Attorney
                                                                                              Torre Chardon
                                                        350 Avenida Carlos Chardon, Suite 1201
                                                                    San Juan, Puerto Rico 00918-2142
                                                                                              787/766-5656
                                                                              Facsimile 787/766-6222
                                                                        Russell.E.Booker@usdoj.gov

**U.S. v. Joel Tavares-Castro 11-278(FAB)**
**Informative Motion, Page 2 of 2**

### CERTIFICATE OF SERVICE PURSUANT TO FED.R.CIV.P. 5(b)(2)(E)

I hereby certify that I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel(s) of record on .

s/ <u>                     Russell E. Booker III</u>
Russell E. Booker III G01008
