IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
    Plaintiff,

    vs.

**JOEL TAVARES-CASTRO**,
    Defendant.

**CRIMINAL NO. 11-278 (FAB)**

## MOTION FOR CHANGE OF PLEA AND SENTENCE

TO THE HONORABLE FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

    COMES NOW the defendant, Joel Tavares-Castro (hereinafter "Mr. Tavares"), represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned attorney, and very respectfully states, alleges and prays as follows:

    1.    On July 13, 2011, Mr. Tavares was charged in a one count indictment with using a Puerto Rico drivers license and social security card in violation of 18 U.S.C. § 1546(a). (Docket No. 7).

    2.    On July 18, 2011, Mr. Tavares entered a plea of not guilty to the sole count of the indictment. (Docket No. 11).

    3.    On August 1, 2011, this Honorable Court scheduled a status conference in the present case for August 18, 2011.  (Docket No. 16).

    4.    Mr. Tavares hereby requests that, instead of the status conference, a hearing be set on that same day at which can change his previously entered plea of not guilty to one of guilty pursuant to an agreement he has reached with the United States.

    5.    Mr. Tavares further requests that, given the relative straightforward nature of the case and the absence of prior criminal record,  Your Honor waive the preparation of

a Pre-Sentence Investigation Report ("PSR") pursuant to Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure and proceed to sentence him immediately after the change of plea hearing. A sentencing memorandum will be filed tomorrow for the Court's consideration in order for it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553.

6. The undersigned attorney has spoken to the SAUSA Russell Booker regarding Mr. Tavares' request for waiver of PSR and immediate sentence and he has no objection to the same.

WHEREFORE, it is respectfully requested that the Court take notice of the present motion and that the same be granted.

I HEREBY CERTIFY that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of August, 2011.

HECTOR E. GUZMAN-SILVA
Federal Public Defender
District of Puerto Rico

*S/Vivianne M. Marrero-Torres*
Vivianne M. Marrero-Torres
Assistant Federal Public Defender
USDC-PR 223505
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Vivianne_Marrero@fd.org