## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
    Plaintiff,

v.

**CRIMINAL NO. 11-278 (FAB)**

**JOEL TAVARES-CASTRO**,
    Defendant.

### MOTION REQUESTING ORDER
(For the Setting of Bail Hearing for August 18th)

TO THE HONORABLE MARCOS E. LOPEZ
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO

    COMES NOW the defendant, Joel Tavares-Castro (hereinafter "Mr. Tavares"), represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned attorney, and very respectfully states, alleges and prays as follows:

    1.    Mr. Tavares has filed a motion requesting that he be released pending the imposition of his sentence pursuant to 18 U.S.C. § 3143(a). (*See* Docket No. 22). The same has been referred to Your Honor for hearing and disposition. (*See* Docket No. 23 and 24).

    2.    On August 18, 2011, Mr. Tavares will be brought to the Court in order to change his previously entered plea of not guilty to one of guilty before Honorable Francisco A. Besosa. (Docket No. 19). Mr. Tavares' family and friends have expressed their desire to be present at such hearing, including the ones that have offered to serve as third party custodians in the event that he be released pending the imposition of his sentence. In as much as they have informed that they will also bring $5,000 to offer to the Court as bond for Mr. Tavares' release, the defense requests that the hearing regarding release pending sentence be set for the same day as his change of plea; that is, August 18, 2011.

WHEREFORE, it is respectfully requested that the Court take notice of the present motion and that the same be granted.

I HEREBY CERTIFY that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of August, 2011.

        HECTOR E. GUZMAN-SILVA
Federal Public Defender
District of Puerto Rico

*S/Vivianne M. Marrero-Torres*
Vivianne M. Marrero-Torres
Assistant Federal Public Defender
USDC-PR 223505
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Vivianne_Marrero@fd.org