IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

    v.                                        Cr. No. 11-278-01(FAB)

**JOEL TAVARES-CASTRO**
Defendant
...........................................................................

## MOTION NOTIFYING OUTCOME OF THIRD-PARTY CUSTODIAN INVESTIGATION

TO THE HONORABLE MARCOS LOPEZ
UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF PUERTO RICO

    COMES NOW, OMAYRA HERNANDEZ-VEGA, U.S. PROBATION OFFICER OF THIS COURT, and respectfully informs that:

    On August 18, 2011, the Honorable Marcos López, U.S. Magistrate Judge, ordered the undersigned to interview a third party custodian candidate, and verify his suitability to serve as a third-party-custodian.

    On August 18, 2011, the third-party-custodian candidate was interviewed in the U.S. Probation Office. Our investigation revealed that Mr. Carlos Gómez-Valerio is a 45-year-old Dominican Republic Permanent Resident since 2001. The candidate is the uncle of the defendant's consensual partner, Gleny Cabrera, who is currently on Pretrial Services Supervision. The candidate resides in a property located in "Villa Palmeras" 358 Del Valle St., San Juan, Puerto Rico 00912. The property, rented by the candidate, has three bedrooms and one bathroom. Mr. Gómez-Valerio's two daughters, and his niece, Glenys Cabrera, also reside at the aforementioned address.

    Mr. Gómez-Valerio has been employed full-time since 2000 in Artiaga & Artiaga Company, in maintenance, earning $2,000 monthly. He has no other sources of income. No physical o mental health issues were disclosed.

Mr. Gómez-Valerio was fully explained the duties and responsibilities of serving as a third-party-custodian for the defendant and he is willing to serve as such. A computerized criminal record check conducted through the National Crime Information Center (N.C.I.C.) and a local record check (R.C.C.V.) revealed no criminal record for this third party custodian candidate. No adverse information was found during our investigation that would disqualify Mr. Gómez-Valerio to serve in said capacity.

WHEREFORE, in view of the aforementioned circumstances, the undersigned informs the contents of this motion, and submits the information to the Honorable Court to consider the eligibility of Mr. Carlos Gómez-Valerio to serve as a third-party custodian in this case. The final determination as to Mr. Carlos Gómez-Valerio suitability to become a third party custodian is left to the sound discretion of the Court.

In San Juan, Puerto Rico, this 19th day of August, 2011.

Respectfully submitted,

Eustaquio Babilonia, Chief
U.S. Probation Officer

*s/ Omayra Hernández-Vega*
Omayra Hernández-Vega
U.S. Probation Officer
United States Probation Office
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 691
Hato Rey, P.R. 00918
Telephone: (787) 281-1592
Fax: (787) 766-5651
E-mail: Omayra_Hernandez@prp.uscourts.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: AUSA Russell E. Booker, and AFPD Joannie Plaza-Martínez.

In San Juan, Puerto Rico, August 19, 2011.

                                          Respectfully submitted,

                                          Eustaquio Babilonia, Chief
                                          U.S. Probation Officer

                                          <u>*s/ Omayra Hernández-Vega*</u>
                                          Omayra Hernández-Vega
                                          U.S. Probation Officer
                                          United States Probation Office
                                          Federico Degetau Federal Office Building
                                          150 Chardón Avenue, Rm. 691
                                          Hato Rey, P.R.  00918
                                          Telephone: (787) 281-1592
                                          Fax: (787) 766-5651
                                          E-mail: [Omayra_Hernandez@prp.uscourts.gov](mailto:Omayra_Hernandez@prp.uscourts.gov)