RECEIVED & FILED
2011 NOV -2 AM 9: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

31 de octubre del 2011

A quien pueda interesar:

Por este medio yo Carlos Gomez Valerio residente de la calle del valle 358 santurce Villa Palmeras con teléfono 787-939-389-4294 solicito devolución de la fianza de $5,000 del caso #D-PRX-1-11-CR-000278-001.

Atentamente,

*Carlos Gomez*
Carlos Gomez Valerio